USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
HINDEL LUNGER,

        Plaintiff,

v.

TRAN UNION, LLC, and JPMORGAN
CHASE BANK, N.A.,

        Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 2442 (VB)

    The Court has been advised that plaintiff and defendant Trans Union, LLC, have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed against <u>Trans Union, LLC</u>, <u>only</u>, without costs, and without prejudice to the right to restore the action against Trans Union, LLC, to the Court's calendar provided the application to restore the action is made by no later than July 6, 2021. To be clear, any application to restore the action must be filed by July 6, 2021, and any application to restore the action against Trans Union, LLC, filed thereafter may be denied solely on the basis that it is untimely.

    Trans Union, LLC, need not appear at the May 14, 2021, status conference.

    The Clerk is instructed to terminate Trans Union, LLC, as a defendant in this case.

Dated: May 5, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge